Dorothy Schreiber et al., Appellees, v. Catherine Love-well, Also Known as Katie Kelly and Katie Irwin, et al., Appellants.

Gen. No. 42,063.

Heard in second division, first district, this court at December term, 1941; opinion filed March 24, 1942. Michael J. Creighton, for appellant Catherine Lovewell; Geoffrey B. Fleming, for appellees. Opinion by JUSTICE SULLIVAN. "Not to be published in full."


Midwest Investment and Finance Company, Appellant, v. Clara L. Gatton, Appellee.

Gen. No. 9,739.

Heard in this court at February term, 1942; opinion filed April 8, 1942. London Middleton, for appellant; Richard H. Radley and John Radley, for appellee. Opinion by PRE-SIDING JUSTICE HUFFMAN. "Not to be published in full."